NUMBER 13-00-294-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


IN THE INTEREST OF DYLAN CLIVE, A MINOR

____________________________________________________________________


On appeal from the 138th District Court


of Cameron County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam


 Appellant, Elizabeth Main Montemayor, perfected an appeal from
a judgment entered by the 138th District Court of Cameron County,
Texas, in cause number 1999-04-2070-B. After the record was filed,
appellant filed a motion to dismiss the appeal. In the motion, appellant
states that this case has been resolved and appellant no longer wishes
to prosecute this appeal. Appellant requests that this Court dismiss the
appeal.

 The Court, having considered the documents on file and
appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted,
and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 12th day of October, 2000.